No. 94–6678.  HAWKINS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 94–6686.  SUTHERLIN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–6690.  MATEO-GONZALEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–6695.  BLAKE *v.* BLAKE ET AL.  Ct. App. Tex., 13th Dist.  Certiorari denied.

No. 94–6704.  LAWTON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–6706.  PARKER *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 7th Cir.  Certiorari denied.

No. 94–6709.  MARSHAL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 94–6710.  ANDERSON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 94–6714.  McCUTCHEON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 94–6715.  KEENAN *v.* ALLEN.  C. A. 6th Cir.  Certiorari denied.

No. 94–6718.  O'NEAL *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 94–6723.  ZENON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–6725.  DICKERSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 94–6727.  PHILBIN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 94–6729.  MUHAMMED *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 94–6731.  RATCLIFFE *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.